UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-359 CAS (SPx) | Date | April 12, 2012 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. GUTIERREZ | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**     (In Chambers:) **ORDER REMANDING CASE**

## I.   INTRODUCTION

On December 15, 2011, plaintiff Federal National Mortgage Association filed an unlawful detainer action in Riverside County Superior Court against *pro se* defendant Estela Gutierrez.  See Riverside-Moreno Valley Case No. MVC1107128.  On January 13, 2012, defendant removed to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331.

The Court remanded the action by order dated March 7, 2012, concluding that it lacked subject matter jurisdiction.  See CV No. 12-74, Dkt. No. 7; Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011) ("Unlawful detainer actions are strictly within the province of state court."); McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007) (holding that a defendant cannot create federal subject matter jurisdiction by adding claims or defenses to a notice of removal).

On March 9, 2012, defendant filed another notice of removal, also on the basis of federal question jurisdiction.  Dkt. No. 1.  For the reasons set forth in the Court's March 7, 2012 order, the Court lacks subject matter jurisdiction and must remand.  See CV No. 12-74, Dkt. No. 7 at 1–2.  Defendant is admonished that any attempt to remove this action again will subject her to sanctions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 12-359 CAS (SPx) | Date | April 12, 2012 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. GUTIERREZ | | |

The action is hereby REMANDED to the Riverside County Superior Court. Plaintiff's motion to dismiss defendant's counterclaims is denied as moot.

IT IS SO ORDERED.

00 : 00

Initials of Preparer    CMJ